■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL C. MILLER, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County (Baker, J.), rendered January 6, 1983, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Contrary to defendant's contention, a proper foundation was established for the admission into evidence of the guns, ski masks and related items *(see, People v McGee,* 49 NY2d 48, 50-60, *cert denied sub nom. Waters v New York,* 446 US 942; *People v Mirenda,* 23 NY2d 439). Further, the testimony of the accomplice was amply corroborated by defendant's admissions to a nonaccomplice witness.

We have examined defendant's remaining contentions and find them to be without merit. Lazer, J. P., Bracken, Niehoff and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL MITCHELL, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Weissman, J.), imposed May 14, 1984, upon his plea of guilty of criminal possession of a weapon in the third degree, the sentence being five years' probation with a term of 60 days' imprisonment running concurrently with the term of probation as a condition thereof and a mandatory surcharge of $75.

Sentence modified, as a matter of discretion in the interest of justice, by waiving payment of the mandatory surcharge. As so modified, sentence affirmed.

In light of defendant's indigency, payment of the mandatory surcharge would work an unreasonable hardship upon him (CPL 420.35). Mollen, P. J., Mangano, Gibbons and Weinstein, JJ., concur.